UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGEN PASSAIC AMBULATORY SURGERY CENTER, INC. and MEGA MEDICAL GROUP, LLC,<br><br>Plaintiffs<br>-v.-<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY (CIGNA); VIANT; PHX,<br><br>Defendants. | Civil Action No. 15-7649 (MCA)(LDW)<br><br>*Document electronically filed*<br><br>**Civil Action**<br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

All claims in the above matter having been amicably resolved by and between the parties, and the parties having consented to this dismissal of the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41; and good cause appearing;

**IT IS STIPULATED** pursuant to Federal Rule of Civil Procedure 41 that the Complaint in this matter against Defendants Connecticut General Life Insurance Company, Viant, and PHX is hereby dismissed in its entirety, with prejudice, and without cost or fees to any party, and it is

**STIPULATED AND AGREED TO BY:**

_s/ E. Evans Wohlforth, Jr._
E. Evans Wohlforth, Jr., Esq.
Charlotte M. Howells, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
*Attorneys for Defendants Connecticut General Life Insurance Company*

Dated: February 1, 2017

_____
Ethan Jesse Sheffet, Esq.
**Sheffet & Dvorin, PC**
2509 Park Avenue, Suite 2B
South Plainfield, New Jersey 07080
Tel: (908) 755-8919
*Attorneys for Plaintiffs Bergen Passaic Ambulatory Surgery Center, Inc. and Mega Medical Group, LLC*

Dated: August ___, 2016

Rachel R. Hager, Esq.
**FINAZZO, COSSOLINI, O'LEARY, MEOLA & HAGER, LLC**
67 East Park Place, Suite 901
Morristown, NJ 07960
Tel: (973) 343-4960
*Attorneys for Defendant Viant Payment Systems, Inc.*

Dated: August ___, 2016

Michael S. Horn, Esq.
**ARCHER & GREINER, P.C.**
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601
Tel: (201) 342-6000
*Attorneys for Defendant Premier Health Exchange, Inc. d/b/a PHX*

Dated: August ___, 2016

SO ORDERED:

The Honorable Madeline Cox Arleo, U.S.D.J.

Dated: Feb 3, 17

2487708.1 106782-91750